MELINDA L. HAAG, SBN CA 132612
United States Attorney
DONNA CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8975
    Fax: 415-744-0134
    E-mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLIE LLOYD III, | )<br>) |
|     Plaintiff, | )<br>) CASE NO. 3:11-cv-4902-EMC |
|     v. | )<br>) STIPULATION AND P~~ROPOS~~ED ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | ) FOR FIRST EXTENSION OF TIME TO<br>) FILE DEFENDANT'S CROSS-MOTION<br>)<br>) |
|     Defendant. | )<br>) |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file his cross-motion for summary judgment.

    The extension is being sought due to defendant's counsel's workload during the past month coupled with the Social Security Regional Counsel's move to new office space at the end of March 2012—with all the associated preparations, organization, meetings, packing, and unpacking—which have taken more of counsel's time than projected. Defendant's counsel was responsible for moving her own office as well as helping to pack and move common office areas such as the fax and mail center, file areas, and unoccupied cubicles. In addition, after the move, unpacking and technological

1 setup/troubleshooting of computer equipment has required additional unanticipated time and IT
2 assistance before counsel's office has become fully functional.
3     Given these constraints, along with counsel's existing workload, the Commissioner respectfully
4 requests 30 additional days in which to complete the Commissioner's cross-motion. The new due date
5 will be May 30, 2012.
6     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 30, 2012

/s/ *Robert C. Weems*
(As authorized via e-mail)
ROBERT C. WEEMS
Attorney for Plaintiff

Dated: April 30, 2012

MELINDA L. HAAG
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: \_\_\_\_4/30/12\_\_\_\_

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen

2