J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiffs DC Comics
and Sanrio, Inc.

Kathryn G. Spelman (SBN 154512)
kspelman@mount.com
Mount, Spelman & Fingerman, PC
333 West San Carlos Street, Suite 1650
San Jose, California 95110
Telephone:   (408) 279-7000
Facsimile:   (408) 998-1473

Attorney for Defendants BCMini, LLC,
and Miguel Cheng, an individual and d/b/a
BC Office Products, BC Office, BC USA and
Iwako USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| DC Comics and Sanrio, Inc.,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>BCMini, LLC; Miguel Cheng, an individual and d/b/a BC Office Products, BC Office, BC USA and Iwako USA; and Does 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV12-1967 EMC<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

PLAINTIFFS DC Comics and Sanrio, Inc., by and through their counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., and Defendant BCMini, LLC ("Defendant"), by and through its counsel of record, Kathryn Spelman, of Mount, Spelman & Fingerman, PC, hereby stipulate and agree as follows:

WHEREAS Plaintiffs filed their Complaint on or about April 20, 2012;

WHEREAS Defendant was served on or about April 24, 2012;

WHEREAS Defendant's answer is currently due on or about May 25, 2012;

WHEREAS co-Defendant Miguel Cheng, an individual and d/b/a BC Office Products, BC Office, BC USA and Iwako USA ("Cheng") has signed off on a Waiver of Service, giving him until July 2, 2012, to respond to the Complaint;

WHEREAS Defendant and Cheng will be represented collectively by the same counsel and intend to file a joint Answer;

WHEREAS the Parties have agreed that there is good cause for extending Defendant's time to respond to the Complaint to match that of co-Defendant Cheng; and

NOW, THEREFORE, Plaintiffs and Defendant stipulate and agree that Defendant shall have through and until July 2, 2012, to respond to the Counterclaims.

DATED: May 4, 2012

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs DC Comics and Sanrio, Inc.

DATED: May 3, 2012

Mount, Spelman & Fingerman, PC

By: [signature]
Kathryn G. Spelman
Attorney for Defendant BC Mini, LLC

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: _____5/7_____, 2012



Hon. Edward ~~~~
UNITED ~~~~ JUDGE

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On May 4, 2012, I served on the interested parties in this action with:

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
AND [PROPOSED] ORDER

JOINT STIPULATION RE CONTINUANCE OF HEARING DATE RE ORDER TO
SHOW CAUSE AND PRELIMINARY INJUNCTION

in support for the following civil action:

<u>DC Comics, et al. v. BCMini, LLC, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

> Kathryn G. Spelman
> Mount, Spelman & Fingerman, PC
> 333 W. San Carlos St., Suite1650
> San Jose, CA 95110

Place of Mailing: Glendale, California
Executed on May 4, 2012, at Glendale, California

_Katrina Bartolome_
Katrina Bartolome