**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

## CIVIL MINUTES

**Date:**  July 12, 2012                                                       **Time:** 3:24 p.m.

**Case No. and Name:**  C12-1967 EMC DC Comics, et al. v. BCMini, et al.

**Deputy Clerk:**  Betty Lee

### PROCEEDINGS:

- Regarding OSC set for July 13, 2012 at 1:30 p.m.

### ORDER:

- The OSC hearing set for July 13, 2012 is continued to July 31, 2012, at 1:30 p.m. The parties are directed to meet and confer and submit a stipulated preliminary injunction order in accordance with the Court's instructions on the record no later than July 24, 2012.  If the parties are unable to reach agreement on a stipulated preliminary injunction order, the parties are directed to submit a joint letter outlining their points of disagreement no later than July 24, 2012.  The TRO remains in effect.