Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
On Lu, Esq. (Cal. Bar No. 242693)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com; kspelman@mount.com;
           dfingerman@mount.com; olu@mount.com

Samuel L. Phillips (Cal. Bar No. 127793)
BORTON AND PETRINI, LLP
95 South Market Street, Suite 400
San Jose, California 95113
Phone: (408) 535-0870
Fax:    (408) 535-0878
Email: sphillips@bortonpetrini.com

Counsel for BCMini LLC and Miguel Chang

U.S. District Court
Northern District of California, San Francisco

| | |
|---|---|
| DC Comics and Sanrio Inc.<br><br>Plaintiffs<br><br>vs.<br><br>BCMini LLC;  Miguel Chang d/b/a BC Office Products, BC Office, BC USA, and Iwako USA; and Does 1–10<br><br>Defendants | Case No. 3:12-cv-01967-EMC<br><br>**Stipulation to Continue Case Management Conference and [~~Proposed~~] Order**<br><br>Date:    November 2, 2012<br>Time:    9:00 am<br>Room:   Courtroom 5, 17th Floor<br>Judge:   Edward M. Chen |

   A Case Management Conference (CMC) is currently scheduled for November 2, 2012 at 9:00 am. In this stipulation, the parties request that the CMC be continued by approximately 30 days to allow time for completion of settlement.

   The parties have reached a settlement of this case and are working on a formal settlement agreement. The parties anticipate that a formal settlement agreement will be executed within one

week. Accordingly, the upcoming CMC will likely be unnecessary and should be continued. The parties request that the CMC be continued by approximately 30 days to allow time for the settlement agreement to be finalized. The parties anticipate that this case will be dismissed before that time.

Date: October 30, 2012         Mount, Spelman & Fingerman, P.C.
                                     /s/ Daniel H. Fingerman
                               Counsel for BCMini LLC and Miguel Chang

Date: October 30, 2012         J. Andrew Coombs, A.P.C.
                                     /s/ Nicole L. Drey
                               Counsel for DC Comics and Sanrio Inc.

Pursuant to stipulation, it is so ordered. The Case Management Conference currently scheduled for November 2, 2012 at 9:00 am is continued to the following date and time: December 14, 2012 at 9:00 a.m.  An updated joint CMC Statement shall be filed by December 7, 2012.
_____.

Date: __October 31, 2012__         _____
                                   Edward M. Chen, U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Case No. 3:12-cv-01967-EMC                                                                 Page 2
Stipulation to Continue Case Management Conference and [Proposed] Order