1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Nicole L. Drey (SBN 250235)
    *nicole@coombspc.com*
3   J. Andrew Coombs, A P.C.
    517 East Wilson Avenue, Suite 202
4   Glendale, California  91206
    Telephone:  (818) 500-3200
5   Facsimile:   (818) 500-3201

6   Attorneys for Plaintiffs DC Comics and
    Sanrio, Inc.
7
    Daniel S. Mount (SBN 77517)
8   *dmount@mount.com*
    Kathryn G. Spelman (SBN 154512)
9   *kspelman@mount.com*
    Daniel H. Fingerman (SBN 229683)
10  *dfingerman@mount.com*
    On Lu (SBN 242693)
11  *olu@mount.com*
    Mount, Spelman & Fingerman, P.C.
12  RiverPark Tower, Suite 1650
    333 West San Carlos Street
13  San Jose, California 95110
    Telephone:     (408) 279-7000
14  Facsimile:     (408) 998-1473

15  Samuel L. Phillips (SBN 127793)
    *sphillips@bortonpetrini.com*
16  Borton & Petrini, LLP
    95 South Market Street, Suite 400
17  San Jose, California 95113
    Telephone:     (408) 535-0870
18  Facsimile:     (408) 535-0878

19  Attorneys for BCMini, LLC and
    Miguel Cheng
20

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23                                          )
    DC Comics and Sanrio, Inc.,             )  Case No. CV12-1967 EMC
24                                          )
                    Plaintiffs,             )  [~~PROPOS~~ED] CONSENT DECREE
25                                          )  PURSUANT TO STIPULATION
            v.                              )
26                                          )
    BCMini, LLC, et al.,                    )
27                                          )
                    Defendants.             )
28  _____)

DC Comics, et al. v. BCMini, et al.: Stipulated Consent Decree     - 1 -

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree that has been executed on behalf of Plaintiffs DC Comics and Sanrio, Inc. (collectively "Plaintiffs"), on the one hand, and Defendants BCMini, LLC, and Miguel Cheng, an individual and d/b/a BC Office Products, BC Office, BC USA and Iwako USA (collectively "Defendants"), on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 17 U.S.C. § 501, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367.  Service of process was properly made against Defendants, and each of them.

2) Plaintiffs are the owners or exclusive licensees of all rights in and to the copyright and trademark registrations listed or depicted in Exhibits "A" through "D," attached hereto and incorporated herein by this reference, and the copyrights associated with the same ("Plaintiffs' Properties").

3) Plaintiffs have expended considerable resources in the creation and commercial exploitation of Plaintiffs' Properties on merchandise and in the enforcement of their intellectual property rights in Plaintiffs' Properties.

4) Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

5) Defendants and their agents, servants, employees and attorneys, and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

     a)    Infringing Plaintiffs' copyrights and trademarks in Plaintiffs' Properties, either directly, contributorily, vicariously, or in any manner, including generally, but not limited to, the unauthorized manufacture, importation, distribution, advertising, selling, offering for sale, any product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

         i)   Importing, manufacturing, distributing, advertising, selling, and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

         ii)  Importing, manufacturing, distributing, advertising, selling, and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

         iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; or

         iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

6)   Each side shall bear its own fees and costs of suit.

7) This Consent Decree shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

10) Except as provided herein, all claims alleged in the Complaint with prejudice.

The Clerk of the Court is directed to close this matter.

Dated: 12/12/12

_____
Hon. Edward M. Chen
United States District Judge

**IT IS SO ORDERED AS MODIFIED** — Judge Edward M. Chen

Presented By:

J. Andrew Coombs, A Prof. Corp.

By: __/s/ Nicole L. Drey_____
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiffs DC Comics and Sanrio, Inc.

Mount, Spelman & Fingerman, P.C.

By: __/s/ On Lu_____
        Daniel S. Mount
        Kathryn G. Spelman
        Daniel H. Fingerman
        On Lu
Attorneys for Defendants BCMini, LLC and Miguel Cheng, an individual and d/b/a BC Office Products, BC Office, BC USA and Iwako USA