| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| | *andy@coombspc.com* |
| 2 | Nicole L. Drey (SBN 250235) |
| | *nicole@coombspc.com* |
| 3 | J. Andrew Coombs, A P.C. |
| | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California 91206 |
| | Telephone: (818) 500-3200 |
| 5 | Facsimile: (818) 500-3201 |
| 6 | |
| | Attorneys for Plaintiffs DC Comics and |
| 7 | Sanrio, Inc. |
| 8 | Daniel S. Mount (SBN 77517) |
| | *dmount@mount.com* |
| 9 | Kathryn G. Spelman (SBN 154512) |
| | *kspelman@mount.com* |
| 10 | Daniel H. Fingerman (SBN 229683) |
| | *dfingerman@mount.com* |
| 11 | On Lu (SBN 242693) |
| | *olu@mount.com* |
| 12 | Mount, Spelman & Fingerman, P.C. |
| | RiverPark Tower, Suite 1650 |
| 13 | 333 West San Carlos Street |
| | San Jose, California 95110 |
| 14 | Telephone: (408) 279-7000 |
| | Facsimile: (408) 998-1473 |
| 15 | |
| | Samuel L. Phillips (SBN 127793) |
| 16 | *sphillips@bortonpetrini.com* |
| | Borton & Petrini, LLP |
| 17 | 95 South Market Street, Suite 400 |
| | San Jose, California 95113 |
| 18 | Telephone: (408) 535-0870 |
| | Facsimile: (408) 535-0878 |
| 19 | |
| | Attorneys for BCMini, LLC and |
| 20 | Miguel Cheng |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DC Comics and Sanrio, Inc., | ) | Case No. CV12-1967 EMC |
| | ) | |
| Plaintiffs, | ) | [PR~~OPO~~OPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| BCMini, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DC Comics, et al. v. BCMini, et al.: [Proposed] Order         - 1 -

The Court, having read and considered the Joint Stipulation for Release of Bond that has been executed on behalf of Plaintiffs DC Comics and Sanrio, Inc. (collectively "Plaintiffs"), on the one hand, and Defendants BCMini, LLC and Miguel Cheng (collectively "Defendants"), on the other hand, and good cause appearing therefor, hereby orders that the Bond re Defendants (No. 0566966) in the amount of Five Thousand Dollars ($5,000.00) filed by Plaintiffs in connection with the temporary restraining order and order for seizure and impoundment be exonerated and discharged and the surety on said undertaking shall have no further liability in connection therewith whatsoever.

IT IS SO ORDERED:

Dated: April 23, 2013

_____
Judge Edward M. Chen
United States District Court for the
Northern District of California

*IT IS SO ORDERED* (stamp, signed by Judge Edward M. Chen)

Presented By:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs DC Comics and Sanrio, Inc.

Mount, Spelman & Fingerman, P.C.

By: _____
    Daniel S. Mount
    Kathryn G. Spelman
    Daniel H. Fingerman
    On Lu
Attorneys for Defendants BCMini, LLC and Miguel Cheng