1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P.C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiffs DC Comics and
   Sanrio, Inc.
7

8  Daniel S. Mount (SBN 77517)
   *dmount@mount.com*
   Kathryn G. Spelman (SBN 154512)
9  *kspelman@mount.com*
   Daniel H. Fingerman (SBN 229683)
10 *dfingerman@mount.com*
   On Lu (SBN 242693)
11 *olu@mount.com*
   Mount, Spelman & Fingerman, P.C.
12 RiverPark Tower, Suite 1650
   333 West San Carlos Street
13 San Jose, California 95110
   Telephone:     (408) 279-7000
14 Facsimile:     (408) 998-1473

15 Samuel L. Phillips (SBN 127793)
   *sphillips@bortonpetrini.com*
16 Borton & Petrini, LLP
   95 South Market Street, Suite 400
17 San Jose, California 95113
   Telephone:     (408) 535-0870
18 Facsimile:     (408) 535-0878

19 Attorneys for BCMini, LLC and
   Miguel Cheng
20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DC Comics and Sanrio, Inc., | ) ) | Case No. CV12-1967 EMC |
| Plaintiffs, | ) ) | [PR~~OPO~~SED] ORDER |
| v. | ) ) | |
| BCMini, LLC, et al., | ) ) | |
| Defendants. | ) ) | |

DC Comics, et al. v. BCMini, et al.:  [Proposed] Order            - 1 -

The Court, having read and considered the Joint Stipulation for Release of Bond that has been executed on behalf of Plaintiffs DC Comics and Sanrio, Inc. (collectively "Plaintiffs"), on the one hand, and Defendants BCMini, LLC and Miguel Cheng (collectively "Defendants"), on the other hand, and good cause appearing therefor, hereby orders that the Bond re Defendants (No. 0566966) in the amount of Five Thousand Dollars ($5,000.00) filed by Plaintiffs in connection with the temporary restraining order and order for seizure and impoundment be exonerated and discharged and the surety on said undertaking shall have no further liability in connection therewith whatsoever.

IT IS SO ORDERED:

Dated: April 23, 2013

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Presented By:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs DC Comics and Sanrio, Inc.

Mount, Spelman & Fingerman, P.C.

By: _____
    Daniel S. Mount
    Kathryn G. Spelman
    Daniel H. Fingerman
    On Lu
Attorneys for Defendants BCMini, LLC and Miguel Cheng